## Commonwealth *v*. Brown, Appellant.

Argued September 21, 1971. *Harold E. Martin*, for appellant; *George T. Brubaker*, Assistant District Attorney, and *Clarence C. Newcomer*, District Attorney, submitted a brief for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v*. Bruce, Appellant.

Submitted September 14, 1971. *William Goldstein* and *Paul Goldstein*, for appellant; *James T. Ranney* and *Milton M. Stein*, Assistant District Attorneys, *James D. Crawford*, Deputy District Attorney, *Richard A. Sprague*, First Assistant District Attorney, and *Arlen Specter*, District Attorney, for Commonwealth, appellee.

Order affirmed.